IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID LEE CANNON,

        Plaintiff,

v.

DENNIS BUCKMASTER; DAVID LONG;
RUSHEL KISER; and PAGE BEUTLER,

        Defendants.

No. 06:19-cv-00028-JR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation on April 27, 2020, in which she recommends that this Court grant Defendants' Motion for Summary Judgment and dismiss this case. F&R, ECF 44. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 46. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [44]. Therefore, Defendants' Motion for Summary Judgment [36] is GRANTED and this action is dismissed.

IT IS SO ORDERED.

DATED:  December 21, 2020  .

　　　　　　　　　　　　　　　　　　　　/s/ Marco Hernandez
　　　　　　　　　　　　　　　　　　　　MARCO A. HERNÁNDEZ
　　　　　　　　　　　　　　　　　　　　United States District Judge

2 - ORDER