IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID LEE CANNON,                              No. 06:19-cv-00028-JR

              Plaintiff,                              JUDGMENT

    v.

DENNIS BUCKMASTER; DAVID LONG;
RUSHEL KISER; and PAGE BEUTLER,

              Defendants.

HERNÁNDEZ, District Judge:

      Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed

with prejudice. Pending motions, if any, are denied as moot.

      DATED:_____December 21, 2020_____.

_____

MARCO A. HERNÁNDEZ
United States District Judge

1 – JUDGMENT